**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

|  |  |
|---|---|
| JOHN ESTERHAY,<br><br>                Plaintiff,<br><br>          v.<br><br>TEN OAKS MANAGEMENT, LLC; ASTECH HOLDINGS, LLC; AEP LEGACY, INC., formerly known as ASTECH Engineered Products, Inc.; ANDREW LOVROVICH; DAVID RICHESON; and JOHN DOES 1-20,<br><br>                Defendants. | Case No. 3:23-CV-00203-KDB-DCK<br><br><br>**STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

this action and all claims and counterclaims asserted herein are dismissed <u>with</u> prejudice and

without costs under Fed. R. Civ. P. 41(a)(1)(A)(ii).

| | |
|---|---|
|  /s Mark S. Pincus<br>Mark S. Pincus (NC Bar No. 59036)<br>GARDNER SKELTON PLLC<br>3746 N. Davidson Street<br>Charlotte, North Carolina 28205<br>(704) 335-0350<br>mark@gardnerskelton.com<br>*Attorneys for Plaintiff* |  /s Kevin V. Parsons<br>Kevin V. Parsons (NC Bar 19226)<br>LEWIS BRISBOIS BISGAARD & SMITH<br>521 East Morehead Street, Suite 250<br>Charlotte, North Carolina 28202<br>(704) 557-9929<br>Kevin.parsons@lewisbrisbois.com<br>*Attorneys for Defendant* |

157247534.1